Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−11746−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Richard R. Spicer
    120 Plymouth Street
    Browns Mills, NJ 08015

Social Security No.:
    xxx−xx−6952

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on January 30, 2017 and a confirmation hearing on such Plan has been scheduled for June 21, 2017.

The debtor filed a Modified Plan on June 20, 2017 and a confirmation hearing on the Modified Plan is scheduled for August 2, 2017 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: June 22, 2017
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-11746-CMG
Richard R. Spicer                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1          Date Rcvd: Jun 22, 2017
                            Form ID: 186             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
```
db             +Richard R. Spicer,    120 Plymouth Street,    Browns Mills, NJ 08015-2558
516617317      +Capital One Bank,    Acct No xxxx-xxxx-xxxx-3236,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516617320      +Ditech Financial, LLC,    Acct No xxxxx3009,    7360 South Kyrene Road,    Tempe, AZ 85283-8432
516617321      +Elizabeth Spicer,    1017 Bradley Court,    Mount Laurel, NJ 08054-4210
516617322      +KML Law Group,    Acct No xxxxxx2965,    701 Market Street,    #5000,
                 Philadelphia, PA 19106-1541
516865466      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516617323      +Midland Funding, LLC,    2365 Northside Drive,    Suite 300,   San Diego, CA 92108-2709
516617324       Midland Mortgage,    Acct No xxxxxx2965,    PO Box 268806,    Oklahoma City, OK 73126-8806
516617325       Pressler & Pressler, LLP,    Acct No S322849,    7 Entin Road,    Parsippany, NJ 07054-5020
516651976     ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
               (address filed with court:    Snap-on Credit, LLC,    950 Technology Way, Suite 301,
                 Libertyville, IL 60048)
516617326      +Snap On Tools,    Acct No xx xxxxx9547,    7694 Hartman Road,    Wadsworth, OH 44281-8743
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2017 22:19:51      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2017 22:19:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516617318      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 22 2017 22:23:14      Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
516617319       E-mail/Text: bankruptcy.bnc@ditech.com Jun 22 2017 22:19:25      Ditech Bankruptcy Department,
                 Acct No xxxxx3009,    PO Box 6154,    Rapid City, SD 57709-6154
516871967       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2017 22:41:02
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
                 Norfolk VA 23541
516653340      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2017 22:23:12      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516834660       E-mail/Text: bankruptcy.bnc@ditech.com Jun 22 2017 22:19:25
                 U.S. Bank, N.A., as Trustee for Bear Stearns Home,    c/o Ditech Financial LLC,   P.O. Box 6154,
                 Rapid City, SD 57709-6154
                                                                                              TOTAL: 7
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas J Orr    on behalf of Debtor Richard R. Spicer tom@torrlaw.com,   xerna@aol.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```