| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>Richard Spicer | Case No.   17-11746 (CMG)<br><br>Chapter:   13<br><br>Judge:   Christine M. Gravelle |

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, Richard Spicer, Debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8-24-21

/s/Richard R. Spicer
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**

- **A discharge will not be issued for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*Rev.8/1/18*