| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016<br>(609)386-8700<br>tom@torrlaw.com<br>Attorney for Debtor | Order Filed on November 5, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Richard R. Spicer | Case No: 17-11746<br><br>Chapter: 13<br><br>Hearing Date: 11/3/2021<br><br>Judge: CMG |

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ MORTGAGE     ☒ LIEN     ☐ OTHER (specify) _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 5, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) Tools of Trade

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: Snap On Credit, LLC
    b. Current Assignee: Snap On Credit, LLC
    c. Current Servicer: Snap On Credit, LLC
    d. Date of Mortgage/Lien: March 11, 2014
    e. Date of Recordation: March 11, 2014
    f. Place of Recordation: NJ Division of Revenue
        i. Mortgage Book: 550767885
        ii. Page: _____
    g. Original Principal Balance of Mortgage/Lien: $ 9,591.09

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-11746-CMG
Richard R. Spicer  Chapter 13
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 1
Date Rcvd: Nov 05, 2021  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Richard R. Spicer, 120 Plymouth Street, Browns Mills, NJ 08015-2558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Thomas J Orr | on behalf of Debtor Richard R. Spicer tom@torrlaw.com  xerna@aol.com;orrtr87054@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4